```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 39934
    LEOCADIO ROSALES
    CRESENCIA ROSALES                         CHAPTER 13

                                              JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-5250     SSN XXX-XX-7343
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1.  The case was filed on 10/27/04 and confirmed on 12/30/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 95734.48 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | 63429.20 | .00 | 63429.20 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | 25990.92 | .00 | 25990.92 |
| DAIMLER CHRYSLER FINANCI | SECURED | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 89420.12 | .00 | .00 | .00 | 89420.12 |
| PRINCIPAL PAID | 89420.12 | .00 | .00 | .00 | 89420.12 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 89420.12 | .00 | .00 | .00 | 89420.12 |

The Debtor's attorney, GARY L SHILTS             , was allowed $   1600.00 and was paid $    500.00  direct and $   1100.00  through the plan.

The Trustee received $   3795.72 .

Refunds to the Debtor totaled $   1418.64 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 07/18/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                              PAGE   2
      CASE NO. 04 B 39934 LEOCADIO ROSALES & CRESENCIA ROSALES
```